# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DYCK O'NEAL,**

      **Plaintiff,**

**v.**                                                  **Case No:   6:14-cv-1096-Orl-31TBS**

**STEPHEN GLEASON,**

      **Defendant.**

## ORDER

On August 8, 2014 Magistrate Judge Smith entered a Report and Recommendation (Doc. 16) ("R&R") recommending that Plaintiff's Motion to Remand (Doc. 14) be denied. No objections to the R&R have been filed.

On August 4, 2014 this Court dismissed the case without prejudice for lack of personal jurisdiction and insufficient service of process. Two days later Plaintiff filed the subject motion to remand.

Judge Smith's R&R is predicated upon the notion that this Court's prior dismissal operated as an adjudication on the merits and thus, this Court was without jurisdiction to entertain the motion for remand. (Doc. 16 at 2). However, a dismissal without prejudice under Federal Rule of Civil Procedure 41 is not a merits determination. Accordingly, although Judge Smith's reasoning is misplaced, his conclusion is correct. When Plaintiff filed the motion to remand, there was no case pending before the Court; i.e. there is no case to remand. *C.f. United States v. Wallace & Tiernan Co.*, 336 U.S. 793, 794 n.1 (1949) (noting that dismissal of case without prejudice ended suit insofar as District Court was concerned)*; Shockley v. EMC Mortgage Corp.*, 459 F. App'x 821, 822 (11th Cir. 2012) (noting case dismissed without prejudice may be refiled in state or federal court).

It is, therefore

**ORDERED** that the Plaintiff's Motion to Remand (Doc. 14) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2014.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party